**George W. WHITEMAN, Appellant,**

v.

**BROWN & ROOT MARINE OPERA-
TORS, INC., Appellee.**

No. 21374.

United States Court of Appeals
Fifth Circuit.

Dec. 3, 1965.

Amos L. Ponder, Jr., New Orleans, La.,
for appellant.

Robert Eikel, Eikel & Goller, Houston,
Tex., for appellee.

Before JONES and THORNBERRY,
Circuit Judges, and SLOAN, District
Judge.

PER CURIAM.

The appellant, George M.
Whiteman, by an oral agreement char-
tered a barge known as the Champion to
the appellee, Brown & Root Marine Oper-

ators, Inc. Whiteman brought a libel
against Brown & Root claiming that
there was a failure to return the barge
in the same condition as when received
and that the cost of restoration to the
original condition would be $60,000.
Brown & Root contended that it had been
agreed that it would be permitted to
make alterations to the barge and that it
could be redelivered to Whiteman in its
altered condition. Thus there was pre-
sented to the district court a question as
to the terms of the charter agreement.
This question was a question of fact.
The district court found that the agree-
ment was as claimed by Brown & Root.
The findings of the trial court, sitting
without a jury in admiralty, will not be
disturbed on appeal unless clearly errone-
ous. Caribbean Federation Lines v.
Dahl, 5th Cir. 1963, 315 F.2d 370, cert.
den. 375 U.S. 831, 84 S.Ct. 76, 11 L.Ed.
2d 62. The findings here made by the
district court are amply supported by
evidence and are not clearly erroneous.
It follows that the judgment of the dis-
trict court must be, and it is hereby

Affirmed.